An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

FERNANDO BECERRA,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61275



FILED

JUN 13 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER OF AFFIRMANCE*

This is an appeal from a district court order revoking appellant Fernando Becerra's probation. Second Judicial District Court, Washoe County; Janet J. Berry, Judge.

Becerra argues that the district court abused its discretion by revoking his probation because there were more appropriate methods of remedying his probation violation. The district court has broad discretion in deciding whether to revoke probation and need only be reasonably satisfied "that the conduct of the probationer has not been as good as required by the conditions of probation." *Lewis v. State*, 90 Nev. 436, 438, 529 P.2d 796, 797 (1974). Becerra admitted at the revocation proceeding that he violated the terms of his probation by consuming alcohol. We conclude that the district court did not abuse its discretion by revoking his probation, *see* NRS 176A.630(1); *McNallen v. State*, 91 Nev. 592, 592-93, 540 P.2d 121, 121 (1975) (revocation of probation affirmed where violation by probationer not refuted), and we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17462

cc: Hon. Janet J. Berry, District Judge
Kenneth J. McKenna
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A